UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 5:22 CR 571 |
| | ) | |
| Plaintiff | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | ORDER ACCEPTING PLEA |
| | ) | AGREEMENT, JUDGMENT AND |
| ANGELO E. ENGLISH, | ) | REFERRAL TO U.S. PROBATION |
| | ) | OFFICE |
| Defendant | ) | |

This case is before the Court on a Report and Recommendation filed by United States Magistrate Judge Amanda M. Knapp, regarding the change of plea hearing of Angelo E. English, which was referred to the Magistrate Judge with the consent of the parties.

On September 28, 2022 the government filed a 2 count Indictment, charging Defendant Angelo E. English with, Felon in Possession of a Firearm and Ammunition, and Possession of a Firearm by a Person with Domestic Violence Conviction, respectively, in violation of Titles 18 U.S.C. § 922(g) and 924(a)(8), and 18 §922(g)(9) and 924(a)(8). On November 22, 2022, Magistrate Judge Carmen E. Henderson held an arraignment, during which Mr. English entered a plea of not guilty to the charges. On July 7, 2023 Magistrate Judge Knapp received Defendant's plea of guilty to count 1 of the Indictment, with a written plea agreement, and issued a Report and Recommendation ("R&R"), concerning whether the plea should be accepted and a finding of guilty entered.

Neither party submitted objections to the Magistrate Judge's R&R in the fourteen days after it was issued.

On de novo review of the record, the Magistrate Judge's R&R is adopted. Defendant English is found to be competent to enter a plea and to understand his constitutional rights. He is aware of the charges and of the consequences of entering a plea. There is an adequate factual basis for the plea. The court finds the plea was entered knowingly, intelligently, and voluntarily. The plea agreement is approved.

Therefore, Defendant Angelo E. English is adjudged guilty to count 1 of the Indictment, in violation of Title 18 U.S.C. § 922(g)(1). This matter was referred to the U.S. Probation Department for the completion of a pre-sentence investigation and report. Sentencing will be held on October 31, 2023 at 11:00 a.m. in Courtroom 19A, Carl B. Stokes United States Court House, 801 West Superior Avenue, Cleveland, Ohio.

IT IS SO ORDERED.

/s/*SOLOMON OLIVER, JR.*
UNITED STATES DISTRICT JUDGE

July 27, 2023